# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| DELPHIX CORP., <br><br> Plaintiff, <br><br> v. <br><br> EMBARCADERO TECHNOLOGIES, INC., <br><br> Defendant. | Case No. 16-cv-00606-BLF <br><br> **ORDER DIRECTING PARTIES TO FILE DISMISSAL OR JOINT STATUS UPDATE ON OR BEFORE NOVEMBER 12, 2019, AND VACATING ALL PRETRIAL AND TRIAL DATES** |

The Parties held a settlement conference before Magistrate Judge Susan van Keulen on September 5, 2019. ECF 87. The Court has been informed that the Parties settled this case. *Id.* Accordingly, the Court VACATES all pretrial and trial dates in this action and DIRECTS the Parties to file a dismissal of the action or a joint status update regarding the settlement **on or before November 12, 2019.**

**IT IS SO ORDERED.**

Dated:  September 10, 2019

*/s/ Beth Labson Freeman*

BETH LABSON FREEMAN
United States District Judge