UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DELPHIX CORP., <br><br> Plaintiff, <br><br> v. <br><br> EMBARCADERO TECHNOLOGIES, INC., <br><br> Defendant. | Case No. 16-cv-00606-BLF <br><br> **ORDER TERMINATING WITHOUT PREJUDICE DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS AND VACATING OCTOBER 17, 2019 HEARING** <br><br> [Re: ECF 75] |

On September 5, 2019, the Court was informed that the parties reached a settlement. ECF 87.  Accordingly, the Court TERMINATES without prejudice Defendant's Motion for Judgment on the Pleadings based on the parties' notice of settlement.  ECF 75.  The Court hereby VACATES the October 17, 2019 hearing on that motion.

**IT IS SO ORDERED.**

Dated: September 27, 2019

 _____
BETH LABSON FREEMAN
United States District Judge