JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
SAPNA MEHTA (CSB No. 293308)
smehta@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:      415.281.1350

ERIC BALL (CSB No. 241327)
eball@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
Telephone:     650.988.8500
Facsimile:      650.938.5200

SILVIA M. MEDINA (admitted *pro hac vice*)
silvia.medina@fenwick.com
FENWICK & WEST LLP
902 Broadway, Suite 14
New York, NY  10010
Telephone:  (212) 430-2600

Attorneys for Plaintiff
DELPHIX CORP.

FENWICK & WEST LLP
ATTORNEYS AT LAW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DELPHIX CORP.,<br><br>    Plaintiff,<br><br>    v.<br><br>EMBARCADERO TECHNOLOGIES, INC.,<br><br>    Defendant. | Case No.: 5:16-cv-00606-BLF<br><br>**JOINT STIPULATION OF DISMISAL WITH PREJUDICE** |

1    Plaintiff Delphix Corp. and Defendant Embarcadero Technologies, Inc., by and through

2    their attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby dismiss all claims and

3    counterclaims in this action with prejudice, with each party to bear its own attorneys' fees and

4    costs.

5

6    Dated:  October 9, 2019                FENWICK & WEST LLP

7

8                                          By: /s/ Eric Ball

9                                              Eric Ball

10                                         Attorneys for Plaintiff
                                           DELPHIX CORP.
11

12   Dated:  October 9, 2019                TECHMARK

13

14                                         By: /s/ Neil D. Greenstein
                                               Neil D. Greenstein
15

16                                         Attorneys for Defendant
                                           EMBARCADERO TECHNOLOGIES, INC.
17

18            **ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

19           I, Eric Ball, am the ECF User whose identification and password are being used to file this

20   Joint Stipulation of Dismissal with Prejudice.  In compliance with Civil Local Rule 5-1(i)(3),

21   I hereby attest that all signatories have concurred in this filing.

22   Dated:  October 9, 2019                /s/ Eric Ball

23                                          Eric Ball

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW